**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CONNIE HARRISON,    ) | Case No. 2:16-cv-01344-APG-NJK | |
| ) | | |
| Plaintiff,    ) | ORDER | |
| ) | | |
| vs.    ) | | |
| ) | (Docket No. 17) | |
| BRAHMA GROUP, INC.,    ) | | |
| ) | | |
| Defendant.    ) | | |

Pending before the Court is a joint proposed discovery plan, filed on July 15, 2016. Docket No. 17. On the same date, the parties filed another joint proposed discovery plan. *See* Docket No. 18. On July 18, 2016, the Court granted the latter discovery plan. Docket No. 19. Accordingly, the joint proposed discovery plan at Docket No. 17 is **DENIED** as moot.

IT IS SO ORDERED.

DATED: July 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge