GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CONNIE HARRISON, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>BRAHMA GROUP, INC., a corporation; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-01344-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISSMISSAL WITH PREJUDICE** |

### STIPULATION AND ORDER FOR DISSMISSAL WITH PREJUDICE

Plaintiff, Connie Harrison ("Ms. Harrison" or "Plaintiff") and Defendant Brahma Group, Inc. ("Defendant") hereby stipulate to voluntary dismissal with prejudice of each of the claims in the above captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with

///
///
///
///
///
///
///
///

each party to bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED.

DATED this _28th_ day of November 2016.

| | |
|---|---|
| /s/ Christian Gabroy<br>Christian Gabroy, Esq.<br>Nevada Bar No. 8805<br>Kaine Messer, Esq.<br>Nevada Bar No. 14240<br>170 S. Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Fax( 702) 259-7704<br><br>*Attorneys for Plaintiff* | /s/ Cecilia Romero<br>R. Calder Huntington, Esq.<br>Nevada Bar No. 11996<br>Cecilia Romero, Esq.<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>Fax(702) 823-0335<br><br>*Attorneys for Defendant* |

**IT IS SO ORDERED:**

Dated this 28th day of November 2016

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE